IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PATRICK LECLAIRE                                    § | |
| § | |
| Plaintiff                    § | |
| § | |
| v.                                                          § | |
| § | No. SA-11-CA-619 |
| BUDDY STORBECK'S DIESEL           § | |
| SERVICE, INC. d/b/a                        § | |
| UD Trucks of San Antonio              § | |
| § | |
| Defendant                  § | |
| § | |

### ORDER REGARDING MOTION FOR AN EXTENSION OF TIME

A response to the Defendant's second motion for summary judgment is due on August 3, 2012. On August 2, 2012, counsel for the Plaintiff filed a motion for an extension of time within which to file his response (Docket No. 53). The Court finds that the Defendant does not object, and that the following orders should be entered.

IT IS ORDERED that the Plaintiff's motion for an extension of time to respond to the Defendant's second motion for summary judgment (Docket No. 53) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that the Plaintiff respond to the Defendant's second motion for summary judgment no later than August 10, 2012.

SIGNED AND ENTERED this 2nd day of August, 2012.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE